UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

JAKE HANNAH

                Plaintiff(s)     :     **JUDGMENT**

(vs)

    :     Civil #09-00206   (RBK)

BAYSIDE STATE PRISON, ET AL.

                Defendant(s)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on November 17, 2010 and no timely objection having been filed,

    IT IS, on this 23rd day of February  2011

    ORDERED that the report of Hon. John W. Bissell dated November 17, 2010 is hereby affirmed and Judgment of No Cause for Action be entered in favor of defendants **Bayside State Prison, et al.** and against plaintiff **Jake Hannah**.

                                                HON. ROBERT B. KUGLER, U.S.D.J.